UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE No.: 6:20-cv-00887-CEM-DCI

TAVIA WAGNER,

    Plaintiff,

vs.

MICHAEL J. FOREST TRS and STEANO
AND LAMBROS, INC., d/b/a PIZZA KING,

    Defendants.
_____/

### NOTICE OF SETTLEMENT SOLELY AS TO DEFENDANT STEANO AND LAMBROS, INC., d/b/a PIZZA KING

Plaintiff TAVIA WAGNER, by and through her undersigned counsel, hereby files this Notice of Settlement, to advise the Court that Plaintiff has reached settlement of the claims in the above-styled action solely as to Defendant, STEANO AND LAMBROS, INC., d/b/a PIZZA KING. The Parties are in the process of finalizing formal settlement. Plaintiff anticipates filing a Stipulation of Dismissal *with Prejudice* within the next fourteen (14) days.

Respectfully submitted this 14th day of October 2020.

By: /s/Joe M. Quick, Esq.
    Joe M. Quick, Esq.
    Florida Bar No.: 0883794
    Law Offices of Joe M. Quick, P.A.
    *Counsel for Plaintiff*
    1224 S. Peninsula Drive #619
    Daytona Beach, Florida 32118
    Tel: (386) 212-3591
    E-mail: JMQuickesq@gmail.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 14th day of October 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. I also certify that the aforementioned document is being served on all counsel of record, corporation, or pro se parties via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

                              By: /s/Joe M. Quick, Esq.
                              Joe M. Quick, Esq.
                              Florida Bar No.: 0883794
                              Attorney for Plaintiff
                              Law Offices of Joe M. Quick, P.A.
                              1224 S. Peninsula Drive #619
                              Daytona Beach, Florida  32118
                              Tel: (386) 212-3591
                              E-mail: JMQuickesq@gmail.com