IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO. 6:20-cv-00887-Orl-41DCI

TAVIA WAGNER,

    Plaintiff,

v.

MICHAEL J. FOREST TRS,

    Defendant.
_____/

## MEDIATION REPORT

A mediation conference was held on the 23rd day of October 2020, and the results of that conference are indicated below:

(a) The following individuals, parties, corporate representatives, and/or claims professionals attended and participated in the mediation conference, and each possessed the requisite settlement authority:

    ___X___    All individual parties and their respective trial counsel.

    _____    Designated corporate representatives.

    _____    Required claims professionals.

(b) The following individuals, parties, corporate representatives, and/or claims professionals failed to appear and/or participate as ordered:

_____

_____

_____

_____

(c) The outcome of the mediation conference was:

__X__ <u>The case was completely settled.</u> In accordance with Local Rule 9.06(b), lead counsel will promptly notify the Court of settlement in accordance with Local Rule 3.08 by the filing of a settlement agreement signed by the parties and the mediator within ten (10) days of the mediation conference.

_____ <u>The case has been partially resolved</u> and lead counsel has been instructed to file a joint stipulation regarding those claims which have been resolved within ten (10) days. The following issues remain for this Court to resolve:

_____

_____

_____

_____

_____ <u>The conference was continued</u> with the consent of all parties and counsel.

_____ <u>The parties have reached an impasse.</u>

Dated this 29th day of October, 2020.

/s/ Judith Lane
_____
Judith Lane, Mediator
Upchurch Watson White & Max
1400 Hand Avenue, Suite D
Ormond Beach, Florida 32174
386-253-1560 / 386-255-7722