UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**TAVIA WAGNER,**

      **Plaintiff,**

v.                                                                                         Case No: 6:20-cv-887-Orl-41DCI

**MICHAEL J. FOREST TRS and**
**STEANO AND LAMBROS INC.,**

      **Defendants.**

                                                              /

**ORDER**

THIS CAUSE is before the Court on the Mediation Report (Doc. 35), wherein the Mediator has advised the Court that the above-styled action has been completely settled.

Accordingly, pursuant to Local Rule 3.08(b) of the Middle District of Florida, it is **ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED with prejudice** subject to the right of any party, within sixty days from the date of this Order, to move the Court to enter a stipulated form of final order or judgment, or, on good cause shown, to reopen the case for further proceedings. All pending motions are **DENIED as moot**. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Orlando, Florida on November 4, 2020.

CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record